WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, not Individually but as Trustee for Pretium Mortgage Acquisition Trust*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM, MORTGAGE ACQUISITION TRUST,<br><br>    Plaintiff,<br><br>vs.<br><br>PREMIER ONE HOLDINGS, INC., a Nevada Corporation; DEVONRIDGE HOMEOWNERS ASSOCIATION, INC., a Nevada Non-Profit Corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada Corporation, HUE H. TA, a California citizen, and KHIET L. TRIEU, a California citizen,<br><br>    Defendants. | Case No.: 2:17-CV-01865-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT DEVONRIDGE HOMEOWNERS ASSOCIATION, INC.**<br><br><br>ECF No. 44 |

///
///
///
///
///
///
///
///

Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, not Individually but as Trustee for Pretium Mortgage Acquisition Trust ("Plaintiff") and Devonridge Homeowners Association, Inc. ("HOA", collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree that Plaintiff's Complaint (ECF No. 1) shall be dismissed against the HOA, without prejudice, each party to bear its own fees and costs.

IT IS SO STIPULATED.

| WRIGHT, FINLAY & ZAK, LLP | ALVERSON, TAYLOR, MORTENSEN & SANDERS |
|---|---|
| */s/ Christina V. Miller, Esq.* | */s/ Kurt R. Bonds, Esq.* |
| Christina V. Miller, Esq. | Kurt R. Bonds, Esq. |
| Nevada Bar No. 12448 | Nevada Bar No. 6228 |
| 7785 W. Sahara Ave., Suite 200 | Adam R. Knecht, Esq. |
| Las Vegas, NV 89117 | Nevada Bar No. 13166 |
| *Attorneys for Plaintiff* | 6605 Grand Montecito Parkway, Suite 200 |
| | Las Vegas, NV 89149 |
| | *Attorneys for the HOA* |

### ORDER

Based on the stipulation between Plaintiff and Defendant Devonridge Homeowners Association, Inc.**[ECF No. 44]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Defendant Devonridge Homeowners Association, Inc. are DISMISSED with prejudice, each side to bear its own fees and costs.

The parties stipulated to stay this case pending a state-court appeal. ECF No. 40. It appears that the appeal was dismissed last June. http://caseinfo.nvsupremecourt.us/public/caseView.do?csIID=58061 (case No. 78100-COA).  IT IS THEREFORE ORDERED that **the remaining parties have until March 1, 2021, to file a motion to lift stay or take other action to move this case forward.**  Failure to do so may result in the dismissal of this action.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 19, 2021